# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JAMES LOUGHRON SCHWING,

    Plaintiff(s),

vs.

DAVID LOWERY, DAVID BAUCOM,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 3:10CV320

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/18/2010 Order.

Signed: August 18, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court